Certified Copy of
Original Document
Date: 3-23-A.A. 2003
by, Terry-Lee:
of Braunn)

1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

14 The Accused Sovereign )    No. CR-02-197-RHW
15 Captured Vi et Armis )
16 Larry-Eugene: Raugust )    mirror
17 Not-Individually )    Reflections and
18 Involuntary-Trustee )    Statements of
19        Vs. )    Truths
20 )
21 UNITED STATES OF AMERICA )    See attached
22 a Corporation — Plaintiff )    Briefs
23        Vs. )
24 )
25 RAUGUST, LARRY E. )
26    Trust - Deffendant )
27 )
28 )    Exhibits, 1, 2, 3, 4

Mirror Reflections and
Statements of Truths
Applicable to this Matter

### Definitions

My Deffinitions are unchanged and
remain the same for all my briefs
Entered into this matter.

### Attached Briefs

The attached briefs by the Sovereign
man (without U.S.) Rodney-Dale: Strand are

Statement of Truths        page 1 of 2        Larry-Eugene: Raugust

in fact and in Law (True Law) a mirror
reflection for claims against the
assertions by the charging party in
the matter stated here or by myself
the undersigned sovereign man!

Since I do not have a vast understanding
of the Law nor the true history of my
Country, I have to rely on the knowledge
and understanding of my fellow countrymen.

I Larry-Eugene: Raugust, under penalty of
bearing false witness pursuant to the Common Law
and the Christian Law, Affirm I am a may and
a Beneficiary of the Treaty of Versailles A.D. 1783
proclaimed in Lansing V. Smith [31 0-89] and a
Beneficiary of to trusts established pursuant to
said Treaty. To the best of my knowledge the
above stated facts including the statements
made ~~within~~ within in the body of this
statements of Truths and attached Briefs
are True, Correct, certain and complete and
not misleading. I do not consent and have
never consented or assented to being a surety
for the Trust LARRY E. RAUGUST, LARRY
EUGENE RAUGUST or any other friction or
Trust or corporation of whatever source either
written or oral or implied or actual or explicit,
and I do not assent to the creation of Instruments
not necessary and proper. I do not accent to the
use of foreign or private Law forms within the
venue of Idaho.

Signed and sealed this 23 Day of 03 A.D. 2003

Larry Eugene: Raugust
Always Larry-Eugene: Raugust, Involuntary
Trustee and Not individually

Seal: Right Thumb

Statement of Truths          page 2 of 2          Larry-Eugene: Raugust

Rodney Dale, Strand;
general post office;
Peshastin;
Washington.

| | |
|---|---|
| STATE OF WASHINGTON, | **RICO No.'s: C 0349546, C 0349547, & 3988CPR**<br>**Demand for Relief** CrR   7.8(b)(3)(4)(5);<br>**1. Capacity of the Plaintiff,**<br>Plaintiff 17(a)(b); By specific negative Averment 9(a),(c), |
| Alleged Plaintiff, | Demand for judicial notice ER 201 (d) Exhibit 1 session laws of Wash.<br>P. 94 of Alleged Sessions laws of 1889-90. |
| | **2. Capacity of Defendant** |
| and | By Averment 9(a),(b),<br> A. ER 201 (d) Word of God, |
| | B. Exhibit 2 ER 201(d) affidavit of character, |
| RODNEY D. STRAND, | C. ER 201 (d) The Constitution of the United States, |
| Fictional Defendant, | D. ER 201 (d) The Constitution for the State of Washington, |
| | E. ER 201 (d) Senate, House joint resolution #33; |
| And | **3. Grounds for Relief** CrR7.8(c);<br> ER 902 (j) |
| Rodney Dale, Strand, | **4. Affidavit in support of Motion** CrR 7.8 (c)(1). |
| Involuntary Defendant | |

**Demand for Relief.**

    Comes now Rodney Dale, Strand, and demands this alleged court for relief premised upon the following:

**1. Capacity of state of Washington -**

    "State of Washington" is synonymous with "territory of Washington", and is not the true party of interest but is an instrumentality of the United States. State of Washington has no capacity to sue since it is not the real party of interest. I am convinced of this fact by virtue of P.94 session laws of 1889, as well as copies I obtained of the Judge's and Prosecutor's pay stubs. They are paid in U.S. funds not gold or silver coin as per Article I Section 10 of the Constitution for the United States.

    **2. Capacity of Rodney Dale, Strand -**

    I, Rodney Dale, Strand, am a Man and a Beneficiary of the Treaty of Versailles A.D. 1783 proclaimed in Lansing v. Smith, [21D.89] and operate in Original Venue and Jurisdiction. I make this special visitation in My Public Capacity and Character as an integral part of The Sovereign Body Politic which Body was, and is yet, the Grantor of The Original Rules premised upon and/or declared within and upon the following authorities as shown in their proper descending order:

A. The Word of God. [ER 201 (d)]

B. Affidavit of Character [[ER 201 (d)]

C. The Constitution of the United States A.D. 1787. [ER 201 (d)]

D. The Constitution for the State of Washington A.D. 1889, January 28th [ER 201 (d)]

E. Senate, House Joint resolution #33 [ER 201 (d)]

All references to Private statutes are for reference only, and are not to be construed as assent, or recognition thereof.

I Aver that I have never intentionally declared My Capacity to be that of a corporation.

## 1.   Grounds for relief

The alleged causes resulted from a traffic stop and arrest without warrant, under the guise of the general warrant of RCW's, instigated by a pretext, and wherein RODNEY D. STRAND, a trust identified as a "person"  [**Griswold v. U.S.**, 36 F. supp. 714,719] was charged with a violation of a "Revised Code of Washington." It was found after much delicate sophistry that the person named was charged or presumed guilty of the alleged act and probable cause so entered. The probable cause of arrest without warrant is premised upon fraud, and void for the following reasons.

a.              The initial traffic stop was a result of an alleged speeding, which was not proven nor a citation issued from that pretext,  that was ruled illegal in **State v. Marchand**, 104 Wn.2d 434, 706 P.2d 225 [No. 50754-6. **En Banc. September 12, 1985.], and Seattle v. Mesiani,** 110 Wn.2d 454, 755 P.2d 775 [Nos. 53825-5, 53859-0. En Banc.  May 12, 1988.], and see My Demand to Suppress and Dismiss, filed herein this alleged court March 6th, A.D. 2003, included in full by this reference,  and the stop was a pretext to instigate a criminal investigation in violation of Article one Section seven of the Constitution of the State of Washington. The pretext of the stop was the service of commercial process for a civil infraction bearing a monetary penalty only (POLICE REPORT ). The alleged officer without a warrant then proceeded to conduct what was to be the real purpose for the stop which was to conduct a criminal investigation by detaining Me and demanding a Drivers License. In **State v. Ladson,** 138 Wn. 2d 343 (1999) the Court stated "a traffic infraction may not be used as a pretext to stop to investigate for a sufficient reason to search even further." Since the traffic infraction was not the real purpose for the stop, the stop was pretextual, and therefore unlawful. The service civil process could have occurred without demanding evidence. From the alleged officers conduct of interrogation rather than the simple service of civil process it is conclusive that the true reason for the stop was not a traffic infraction.

b.              The Prosecutor, police officers and judges had unclean hands, and   operated in a law form foreign to Me. By concealing the premises upon which the court relied to allege persona jurisdiction, and using adjectives for words such as "person" when specifically referring to a trust, or referring to state when they meant territory. The information presumed conditions, treated those presumptions as fact, then concluded upon Me a capacity and status to which I have not assented. This presumptive posturing demonstrated a desire to conceal essential elements necessary for Me to adequately rebut the underlying presumptions that were false to begin with. The law is clear that when an information is so defective, objection may be made at any time. See [Criminal Procedure Bench Book Aug. 1996  Sec. 1.12 D. Timeliness] **Seattle v. Morrow,** 45 Wn. 2d 27,273 P.2d 238(1954); **State v. Pyles,** 9 Wn. App. 246, 511 P.2d 1374, review denied, 82 Wn. 2d 1013 (1973).

The above named persons (prosecutors, etc.) were also "officers of state of Washington." "State of Washington," itself exists due to a breach of the trust established in A.D.1787 by My ancestors for My benefit. Article IV Section 4 Guarantees to all States a Republican form of Government. The People's legislature in 1889 vacated the position of State government and have continuously to date engaged in activity designed to thwart the will of the Sovereign People of Washington. They have, by deceitful wording, continued the territorial offices long after they should have expired. As such "state of Washington," having supposedly acquired the position of government through a breach of the People's will using force of arms via a private armed body of humans to keep the false "state of Washington" in power, is bound in equity to operate for the benefit of those People to whom the original will was intended.[Teuscher v. Gragg 66 ALR 152] They further violated the Law by applying

English law not American. The use of trusts, such as is explained later, is a foreign Law form and is used to evade and reform the Law.

> "The transformation of the honorary obligation of the feoffee to uses, into a legal obligation, was purely an English development.
> One of the primary reasons for the great historical significance of uses and trusts in Anglo-American legal system is that it enabled equity courts to evade and reform the law." **76 Am Jur 2d Sec. 9**

The aforementioned actors violated their fiduciary duty to Me by seizing my liberty by attainder using English color of law.

c.   The person charged does not posses the capacity to commit offenses in the likeness of the offense charged. The charging instrument named RODNEY D. STRAND as defendant. This "person" is a trust.[**Griswold v. U.S., 36 F. Supp. 714,719**] A trust being an artificial entity is not capable of the actions alleged in the charging document. Blackstone, referring to the capacities and incapacity's of artificial persons says,

> "It must always appear by Attorney; for it cannot appear in person... it can neither maintain , or be made defendant to, an action of battery or such like personal injuries... though its members may in their distinct individual capacities. [The Rights of Persons Book 1 Ch. 18 p. 464]

In **Griswold v. U.S.** [36 F supp.718] the court quoted Dolben v. Gleason 292 Mass. At page 514

> "A trust such as was created by the declaration of trust in evidence, can itself do no act. It cannot make a contract. It can not even act to choose an agent. The trustee alone can do any act which affects the rights or property of the trust..."

> "It is black letter law that the disclosure of a principal by an agent releases the agent from any liability to the third party." **Davis vs. Bafus**, 3 Wash. App. 164, 473 P.2d 192 (1970).

> "The release of liability on contractual obligations entered into by the agent applies to both disclosed and partially disclosed principals." **Griffiths & Sprague Stevedoring Co. vs. Bayly, Martin & Fay, Inc.**, 71 Wash.2d 679, 430 P.2d 600 (1967).

Only on the assumption that I, Rodney Dale, Strand, was the res of RODNEY D. STRAND and the court proceeding in rem against the res could this action maintain any semblance of legality. This presumption in itself requires a breach of fiduciary duty as previously stated in section a.

If the court decides that  Strand did not disclose his principal, the plaintiff is still absolutely precluded from recovering from Strand by virtue of their prior election to proceed against the principal/Trust RODNEY D. STRAND. In the event that both principal and agent can be held liable, the third party seeking enforcement can only bind one or the other, but not both, since disclosure occurred or no principal existed, the third party would have been left with only one warm body, but not two. The third party must elect against whom they will seek enforcement. **Roderick Timber Co. vs. Willapa Harbor Cedar Products**, 29 Wash. App. 311, 627 P.2d 1352 (1981). See also **Grinder v. Bryans Road Building & Supply Co., Inc.**, 290 Md. 687, 423 Atl.2d 453 (1981) citing **Bryans Building & Supply Co. v. Grinder**, 46 Md. App. 10, 415 A.2d 615 (1980) (citations omitted).
In the instant case, the plaintiff has allegedly found probable cause against the corporation/trust RODNEY D. STRAND. When the plaintiff discovered that the corporate principal was incapable of paying any judgments, they decided to continue to proceed against the alleged agent/trustee Rodney Dale, Strand,. There is NO authority which allows plaintiff to revoke its election with respect to a

corporate principal and proceed subsequently to the agent/trustee.  Washington State law has held once an election is made to hold an undisclosed principal liable then the agent is discharged.  **Pennsylvania Casualty Company vs. Washington Portland Cement**, 63 Wash. 698, 116 Pac. 284 (1911).  See also **Roderick Timber Company vs. Willapa Harbor Cedar Products, Inc.**, 29 Wn. App. 311, 627 P.2d 1352 (1981).

Whereas the record contains no evidence that I Rodney Dale, Strand, am or ever was res of RODNEY D. STRAND a fictional entity as defined at RCW 10.40.050 & RCW 10.46.060 and further violates CrRLJ 4.1(c),  the evidence required to prove all elements of alleged acts are not present.  More importantly, the unverified charging instrument failed to allege any parole promise made by me to become surety for any beneficiary, and most importantly, I previously affirmed that I am not surety for the beneficiaries of trust RODNEY D. STRAND, and have never consented, nor assented to be such.

According to "A New Abridgment of the Law," by Matthew Bacon, of the Middle Temple, Esq., with Large Additions and Corrections, by Sir Gwyllim and Charles Edward Dodd, Esq. and with Notes and References made to the edition Published in 1809, by Bird Wilson, Esq. to which were added NOTES AND REFERENCES TO AMERICAN AND ENGLISH LAW AND DECISIONS, by John Bouvier, Vol. VII, Philadelphia, Published by Thomas Davis, No. 171 Marnet Street (1846), at page 7, we find:

> "[I]f the Christian name be wholly mistaken, this is regularly fatal to all legal instruments,  as well as declarations and pleadings as grants and obligations; and the reason is, because it is repugnant to the rules of the Christian religion, that there should be a Christian without a name of baptism, or that such person should have two Christian names, . . . brought in an alias . . . for that supposes the possibility of two Christian names; and you cannot declare against the party by her right name; for that is to set up an averment contrary to the deed; and there is this sanction allowed in every solemn contract, that it cannot be opposed but by a thing of equal validity . . ."

Hence, Rodney Dale, Strand, Involuntary Trustee and NOT individually, appearing specially and not generally to inform this alleged court that said Involuntary Trustee aforesaid has no possessory, proprietary or titular interest and having made NO parole promise or obligation for the TRUST RODNEY D. STRAND (proffered) set up by the alleged plaintiff, nunc pro tunc, ab initio; that the TRUST RODNEY D. STRAND, "...a trust identified as a "person" [Griswold v. U.S. 36 F. Supp. 714,719] is a legal fiction that is only alleged to exist pursuant to and in contemplation of private copyrighted codes (RCW's).

4.          The [laws](sic) RCW "codes" which are merely prima facie evidence of the laws and presumptions of "this state" do not apply to Me. As an alien to the jurisdiction of the organic Act, and the laws of this state, the court has no authority to confiscate My property. The prosecutors oath of office was to the Organic Act. "Organic Act. An act of Congress conferring powers of government upon a Territory. In re Lane, 135 U.S. 443,10S.Ct.760,34 L. Ed.219."Black's Law Dictionary sixth ed.

A territory under the Constitution and laws of the United States, is an inchoate state [72 Am Jur 2d Sec. 131]; Instrumentalities doing business as State of Washington, Chelan County, etc., are purportedly Constitutionally authorized corporations exercising a power under the sovereignty of the United States. The situs of these instrumentalities is the District of Columbia and is demonstrated in the use of "money " ( RCW 6.44. En toto) different than Article one section 10, the use of domestic mail locations [ER 201 (d)], the prosecutors oath to the organic act, and the definition of state (session laws 1889 p. 94). The Constitution provides authority to create instrumentalities to fulfill it's obligations at Article I Section 8 clause 18, **"To make all Laws which shall be**

**necessary and proper for carrying into Execution the foregoing Powers...."** Quoting <u>McCulloch vs. Maryland</u> the supreme court of the State of Washington in <u>Southwest Washington Production Credit Association v. A.G.</u> <u>Fender et al.</u> 349 21 Wn. 2d at page 355,356 said

> "But we think the sound construction of the constitution must allow the national legislature that discretion with respect to the means by which the powers it confers are to be carried into execution. which will enable that body to perform the high duties assigned to it. In the manner most beneficial to the people. Let the end be legitimate. Let it be within the scope of the constitution, and all means which are appropriate, which are plainly adapted to that end, which are not prohibited, but consist with the letter and spirit of the constitution, are constitutional."

In reviewing the many rulings upon the "necessary and proper," clause of the Constitution, the courts of the nation have generally ruled that Congress may use any means calculated to produce the end. In <u>Lancaster</u> <u>County v. Green</u> 74 N.W. 430,431, 54 Neb. 98. the court said

> "We are not aware of any opinion in which the word "necessary" is so thoroughly discussed as in McCulloch v. State of Maryland, 17 U.S. 316, 4 Wheat. 316, 4 L. Ed. 579."

The words necessary and proper are conjunctive not disjunctive. The court in McCulloch v. State of Maryland allowed necessary to be the controlling factor, but proper was not given the same weight. The court, under Justice Marshall would most likely have been less expansive in the allowances given to congress had proper been discussed with the same fervor as necessity.

State of Washington in its use of presumptions (RCW 10.37.150) and ER 902(j) did not fully disclose or prove all elements of the alleged causes. Was this concealment **necessary**? If so, for what purpose? Is such purpose **proper**? In application state of Washington would not reach the threshold of necessary laid out by Justice Marshall, let alone the standard of necessary and proper intended by Madison in Federalist Paper #41. The only way presumptions could be necessary and proper is if it were for the benefit of Myself, and My countrymen. Clearly this was not the case.

> "There is but one way the appellants can sustain the contention made, and that is by demonstrating that the act creating production credit associations is unconstitutional."(<u>Southwest Washington Production Credit Association v. A.G.</u> <u>Fender et al.</u> 353 21 Wn. 2d.

Millard, J. dissenting,(page 379 supra) went on to note

> "I consider it not amiss to observe that, in the travail of the political upheaval commencing in 1932, much was born that I deem not legitimate under our constitution."

**For the record I contend that state of Washington, this state, is not a legitimate Constitutional instrumentality.**

Regarding States, Madison in Federalist Papers #43 says:

> "The only restriction imposed upon them is that they shall not exchange republican for anti republican constitutions...".

He further states at #44:

> "No axiom is more clearly established in law or in reason than that whenever the end is required the means are authorized."

The guarantee of a Republican form of State government and the restriction against another form is an estoppel against a democratic instrumentality replacing a Republican State. The end that was required authorized only a Republican form of Government. There is no other authorization for another form. There can be no legitimate authority to create in one manner that which is strictly prohibited in another.

Protected by the power of God, the Almighty. I do not believe My religious convictions to be acts of licentiousness or against the peace and safety of the State (People) with regard to matters herein addressed or otherwise. Furthermore my forefathers stated as defined in John Bouvier (1874) Law Dictionary, defining ;

**ANNO DOMINI**; (Lat. The year of our Lord; abbreviated A.D.). The computation of time from the incarnation of our Savior.

"In a complaint, the year of the alleged offence may be stated by means of the letters "A.D." followed by words expressing the year. 4Cush. Mass. 596. But an indictment or complaint which states the year of the commission of the offense in figures only, without prefixing the letters "A.D.," is insufficient. 5 Gray, Mass. 91. The letters "A.D." followed by the figures expressing the year, have been held sufficient in several states. 3 Vt. 481; 1 Greene. Iowa, 418; 35 Me. 489; 1 Bennett & II. Lead. Crim. Cas. 512." And;

The so-called causes against me are insufficient for the above and other declared reasons and/or that you the charging entity is merely a private corporate person acting under your private corporate law/rule, trying to make me subject by altering my Christian name/appellation in nom deguerre "all caps" fashion or by declination and oblique terminology. And;

I challenge the attorney for this state to defend and show how these instrumentalities are both necessary and proper.

"Each of the defendants in an affidavit unequivocally states that the complaints were not signed or sworn to by the prosecuting attorney before the justice of the peace, as required by law, or at all. Neither the prosecuting attorney nor the justice of the peace made counter-affidavits. A justice of the peace in this state is not a court of record. State Constitution, section 11, art. IV; State ex rel. **Brockway v. Whitehead, 88 Wash. 549, 153 Pac. 349,** A justice court not being a court of record, its records are only prima facie correct and may be contradicted by competent proof. **16 R.C.L. 390.** ...There is no reason given why the prosecuting attorney or the justice of the peace did not file an affidavit controverting the affidavits of the appellants if the fact as therein stated was not corrected. **In view of this situation, we think the affidavits of the appellants were sufficient to overcome the prima facie showing made by the record of the justice of the peace."** **STATE v. ALBERG,** 156 Wash. 397, 400, 401, 402 (April 17th, 1930). And;

"[1] It is the general rule that once the moving party has filed affidavits controverting the pleadings, the non-moving party can no longer rely upon his pleadings but must come forth with evidence, as long as it is available, which would justify a trial. W.G. Platts, Inc. v. Platts, supra, Plaisted v. Tangen, 72 Wn.2d 259, 432 P.2d 647 (1967); Reeb v. Streib, 65 Wn.2d 700, 399 P.2d 338 (1965); Barron & Holtzoff, Federal Practice and Procedure section 1235 at 149." **FELSMAN v. KESSLER,** 2 Wn. App. 493, 496, 468 P.2d 691 (April 1970). And;

**CRLJ 8(d) & CR 8(d).** Averments in a pleading to which responsive pleading is required, other than those as to the amount of damage, are admitted when not denied in the responsive pleading. Averments in a pleading to which no responsive pleading is required or permitted shall be taken as denied or avoided.

**Relief Required**

I, Rodney Dale, Strand, in My aforementioned Public Capacity and Character, require that this adjunct RCW 38 MILITARY COURT, IN THE MUNICIPAL COURT OF CHELAN COUNTY, STATE OF WASHINGTON, acknowledge the Supremacy of the Original Venue and Jurisdiction premised on the aforesaid Authority and therefor declare the ruling of this court to have been incompatible with the Law. The proceedings of "this court" are void in all respects whatsoever for want of venue and jurisdiction. This court should admit that any nexus of surety between Me and the person allegedly charged was fraudulently and deceitfully presumed based upon no fact. Furthermore this court should admit that the instruments used to bring about these proceedings were not acting in a necessary and proper capacity. And further, that "this court" return all fees , bails, and moneys of whatever nature, immediately. A "court" in Puyallup recently held in a like and similar case that they had no jurisdiction and returned all moneys taken; the case is under the identification indices of: C-038178, C-038179, I-0045352, and I-0045353; and also that several recent cases in this "court" have been dismissed when confronted with demurrers and pleas such as I have presented herein. Why have you not done the same? Is it because you have no conscience and are incompetent and have a wicked and evil desire to "get me?" Justice requires that "this court" do these things to put an end to the dolus malus acts of rebellion against Me and the Sovereign Body Politic, The People of Washington, the Creators of one of The States of the Union, recognized as Washington.

**4. Affidavit in Support**

| | |
|---|---|
| County of Chelan (sic) | ) |
| Washington | )   Affirmed |
| United  States of America | ) |

I, Rodney Dale, Strand, under penalty of bearing false witness pursuant to the Common Law and the Christian Law, Affirm I am a Man and a Beneficiary of the Treaty of Versailles A.D. 1783 proclaimed in Lansing v. Smith, [21D.89] and a Beneficiary of the Trusts established pursuant to this Treaty. To the best of my knowledge the above stated facts including the statements made within the body of this demand are true, correct, certain and complete. I do not consent and have never assented to being surety for trust RODNEY D. STRAND, RODNEY DALE STRAND, or any other fiction or trust or corporation of whatever source either written or oral or implied or actual or explicit, and I do not assent to the creation of instruments not necessary and proper. I do not assent to the use of foreign or private law forms within the venue of Washington.

Signed and Sealed this 13th Day of March, A.D. 2003

_____  _____  Seal: Right Thumb-
Rodney Dale, Strand, Involuntary Trustee and NOT individually

IN THE ADMINISTRATIVE AGENCY AKA
THE ALLEGED CHELAN COUNTY DISTRICT QUASI [court](sic)
IN AND FOR THE PRETEND STATE OF WASHINGTON
A FEDERAL INSTRUMENTALITY

| | |
|---|---|
| STATE OF WASHINGTON, | RICO No.: C0349546, C0349547, & 3988CPR |
| CHELAN COUNTY  Alleged | **Notice of appearance by involuntary** |
| Plaintiffs,  and | **trustee**   Offer of Proof **ER 101** And Demand |
| RODNEY D. STRAND, | for judicial Notice **ER 201**, and Affidavit in |
| Defendant, | support **ER 902(h)** |
| and | |
| Rodney Dale, Strand, | |
| Involuntary Trustee | |

## Capacity of Agent.

I, Rodney Dale, Strand, am an Anglo-Saxon Man, A Citizen of the State of Washington in its Original Jurisdiction 1878 ex rel. I am appearing involuntarily as trustee but not individually for the person RODNEY D. STRAND a Constructive trust allegedly formed under the laws of the District of Columbia, under the alleged authority of the Fourteenth Amendment to the Constitution of the United States.

## Relationship of Agent to defendant.

RODNEY D. STRAND, a trust identified as a "person" [Griswold v. U.S F. Supp. 714,719]  was charged with a

Page 1 of 7

"criminal" violation of a "Revised Code of Washington".

**RCW 9A.04.110Definitions.**
In this title unless a different meaning plainly is required: ...
**(17) "Person", "he", and "actor" include any natural person and, where relevant, a corporation, joint stock association, or an unincorporated association;**
[1988 c 158 § 1; 1987 c 324 § 1; 1986 c 257 § 3; 1975 1st ex. s. c 260 § 9A.04.110.]
**NOTES:**
**Effective date -- 1988 c 158:** "This act shall take effect July 1, 1988." [1988 c 158 § 4.]
**Effective date -- 1987 c 324:** "Section 3 of this act is necessary for the immediate preservation of the public peace, health, and safety, the support of the state government and its existing public institutions, and shall take effect immediately. The remainder of this act shall take effect July 1, 1988." [1987 c 324 § 4.]
**Effective date -- 1986 c 257 §§ 3-10:** "Sections 3 through 10 of this act shall take effect on July 1, 1988." [1987 c 324 § 3; 1986 c 257 § 12.]
**Severability -- 1986 c 257:** See note following RCW 9A.56.010.

**RCW 10.01.070 Corporations -- Amenable to criminal process -- How.**
Whenever an indictment or information shall be filed in any superior court against a corporation charging it with the commission of a crime, a summons shall be issued by the clerk of such court, signed by one of the judges thereof, commanding the sheriff forthwith to notify the accused thereof, and commanding it to appear before such court at such time as shall be specified in said summons. Such summons and a copy of the indictment or information shall be at once delivered by such clerk to said sheriff and by the sheriff forthwith served and returned in the manner provided for service of summons upon such corporation in a civil action. Whenever a complaint against a corporation, charging it with the commission of a crime, shall be made before any district or municipal judge, a like summons, signed by such judge, shall be issued, which, together with a copy of said complaint, shall be delivered to the sheriff at once and by the sheriff forthwith served as herein provided. [1987 c 202 § 147; 1911 c 29 § 1; RRS § 2011-1.]
**NOTES:**
**Intent -- 1987 c 202:** See note following RCW 2.04.190.


The defendant Trust, RODNEY D. STRAND, is charged with private law violations, and appears as a body incorporeal, having no physical attributes. Although the action is termed "criminal" it is merely so designated to fool since there is only one form of action as stated in CR 2.

"And especially has this distinction, so far as inherent powers are concerned, been

destroyed in this state by our statute, which provides that there shall be one form of action in this state hereafter for the enforcement or protection of private rights and the redress of private wrongs, which shall be called a civil action." <u>Parmeter v. Bourne</u> 8 Wash. 45, 49 (1894)

"But the common-law forms of action never existed in Washington, for the first territorial legislature in 1854 enacted:

"That all common law forms of action and all distinctions between law and equity are hereby abolished, and hereafter there shall be one form of action, to establish and enforce private rights, which shall be called a civil action."  1 Laws of Washington Territory (1st Sess., 1854) 131, section 1 [cf. RCW 4.04.020, Rem. Rev. Stat., section 153]." <u>BROWN v. UNDERWRITERS AT LLOYD'S,</u> 53 Wn. (2d) 142, 149 [No. 34414.  En Banc. November 21, 1958.]  And;

"Section 2 of Code of 1869 abolishes all distinctions between law and equity, and declares that there shall be but one form of action, to be called a civil action." <u>GARRISON v. CHEENEY,</u> 1 Wash. T. 490, 491 (August 19, 1873).  And;

As you should note from these three quotes, the "state" court is bound by the same unlawful statute as was the territorial court. I say unlawful because the court in 1871, and 1875 inferred the same thing.

"The Organic Act is to all intents and purposes the Constitution of this territory. The legislature cannot violate its provisions nor abridge its grants of power to the courts established by it." <u>Stevens v. Baker</u> 1 Wash T. 315, (1871)

They go on to say:

"What power the territorial legislature may posses if any to adopt a modified system of equity procedure, and how far any such system would be binding on the courts, is a question not raised in this case and not decided by us. We find ourselves without any such local system, and in such a case we are fully convinced that the chancery powers of the Supreme and District courts of this territory must be exercised in the manner and form prescribed by the rules of the supreme court of the Unites States." <u>Stevens v. Baker</u> Supra;

and also in 1875:

"But the declaration is plain and positive, not only that the distinction between the actions at law and suits in chancery shall be preserved, but in addition, it is declared that the pleadings and proceedings in suits of chancery shall be as prescribed by the laws of the United States, and the rules of the United States Supreme Court for courts of equity of the United States." <u>Garrison v. Cheney</u> 1 Wash. T. 489, 492, (1875)

Nevertheless, since this court only enforces private

rights, and is merely administrative, it has only one

form of action, to be known as "civil." *I am not at this time going to destroy the myth that the rules can consolidate law and equity.* Since this court (having only one form of action called civil) can try corporations for "criminal[1]" offenses.

Then it is plain that the designation "criminal" is merely a deceptive way of labeling civil actions. It is well known that it is impossible for a corporation to commit a criminal act.

> "It can neither maintain, or be made defendant to, an action of battery or such like personal injuries; for a corporation can neither beat, nor be beaten, in its body politic. A corporation cannot commit treason, or felony, or other crime, in it's corporate capacity."  Blackstone's Commentaries on the Laws of England  Vol.1 Ch.18 p.464.(1765)

If I am a trustee, which I am not, I am merely an agent for the person, named defendant to this "criminal" Civil matter.  As previously declared I am not individually liable for the trust named having made no parole promise to be personally bound, and having affirmatively declared my intent to not be personally bound as Declared herein.

I make this notification in order to let the record show the relationship between myself and the defendant and eliminate any good faith mistakes regarding this relationship. I realize My appellation has a similar sound to the name of the trust, and that there are many trustees of similar trusts who willingly oblige themselves to mete out the private obligations of the trusts they are agents of.

Page 4 of 7

"An agency may be created by written or spoken-words or by the conduct of the parties. This is fundamental." SHARPE SIGN COMPANY, Respondent, v. A. R. PARRISH, Individually and as Executor, Appellant, W. SHEPHERD et al., Respondents 33 Wn. 2d 883, [1949.]

In fact many such trustees are so bold as to declare in similar tribunals that they in fact "represent themselves" *Pro Se*. They have donated their own flesh as chattel, or res of such trusts, or possibly have been tricked by a court of equity such as this one.

"One of the primary reasons for the great historical significance of uses and trusts in Anglo-American legal system is that it enabled equity courts to evade and reform the law". 76 Am Jur 2d Sec. 9

I am confident having noticed you in advance of My particular relationship with said trust, and with your great respect for the Rights of Men, as contrasted with the rights of fictions, you will be particularly careful to not make the mistake of holding me responsible for a thing to which you know I have no personal liability. These facts are now part of the record by your evidence rule ER 201(d), and ER 902(h)

As a reminder to you regarding the power of an affidavit, and the burden of proof that it directs to the plaintiff, and the agency created by conduct, I demand you note the following:

**REMEMBER!**

"An agency may be created by written or spoken-words or by the conduct of the parties. This is fundamental." SHARPE

SIGN COMPANY, Respondent, v. A. R. PARRISH, Individually and
as Executor, Appellant, W. SHEPHERD et al., Respondents

33 Wn. 2d 883, [1949.]

"There is no reason given why the prosecuting attorney or
the justice of the peace did not file an affidavit
controverting the affidavits of the appellants if the fact
as therein stated was not corrected. **In view of this
situation, we think the affidavits of the appellants were
sufficient to overcome the prima facie showing made by the
record of the justice of the peace.**" STATE v. ALBERG, 156
Wash. 397, 400, 401, 402 (April 17th, 1930).

## AFFIDAVIT/DECLARATION IN SUPPORT:

I, Rodney Dale, Strand, under penalty of bearing false
witness, Affirm I am an Anglo-Saxon Man and a
Beneficiary of the Treaty of Versailles A.D. 1783
proclaimed in Lansing v. Smith, [21D.89] and a
Beneficiary of the Trusts established pursuant to this
Treaty, and my status and character is as defined,
described and identified in the **Dred Scott case 19
Howard 60 US 393 A.D. 1856/1857**, and re-affirmed in the
Slaughterhouse cases.

I am not an agent for trust RODNEY D. STRAND and
have made **NO** parole promise to be personally bound by
the obligations of said trust. To the best of my
knowledge the above stated facts including the
statements made within the body of this Notice are
true, correct, certain and complete. I do not consent
and have never assented to being surety for said trust
RODNEY D. STRAND, or any other such trust, and I do not
assent to the creation of instruments not necessary and
proper. I do not assent to the use of foreign or
private law forms within the venue of Washington.

---

Signed Rodney Dale, Strand, not liable as Trustee or individual
Dated this 6th Day of March, A.D. 2003;


"Indeed, nor more than affidavits is necessary
to make a prima facie case" U.S. v. Kis, 658 F. 2d 536
(CA7, 1981) cert. den., 50 U.S.L.W. 2169 (1982);
however, 'a declaration may be used instead of an
affidavit, Summers v. U.S. Dept. of Justice,  776 F.
Supp. 575, 577 (D.C.D.C., 1991)."

Page 7 of 7

Rodney Dale, Strand;
general post office;
Peshastin;
Washington.

                                          **DEMAND TO SUPPRESS AND DISMISS**

In re:

## IN THE CHELAN COUNTY DISTRICT COURT
## IN AND FOR THE COUNTY OF CHELAN
## IN AND FOR STATE OF WASHINGTON

STATE OF WASHINGTON,                )  **Cause No.  C0349546, C0349547, &**
CHELAN COUNTY DISTRICT COURT        )  **3988CPR**
      Plaintiffs,                  )
                                    )
    vs.                             )  **DEMAND TO SUPPRESS AND DISMISS**
                                    )  **Rodney Dale, Strand**
                                    )  **AS AN OFFER OF PROOF ER 103(2) OF NO**
STRAND, RODNEY DALE,                )  **JURISDICTION SUPPORTED BY A**
      Defendant/Trust              )  **MEMORANDUM OF LAW.**
                                    )
    vs.                             )

Rodney Dale, Strand,
      Involuntary Trustee

## DEMAND TO SUPPRESS AND DISMISS
## AS AN OFFER OF PROOF ER 103(2) OF NO JURISDICTION

    I, Rodney Dale, Strand, by special appearance move this court to suppress all evidence obtained by unlawful arrest. Based upon the testimony of K.D. SCHNEIDER, the fact is now clear that on or about the 7th of August 2002 AD he did detain/arrest Me without probable cause, and without Constitutional sanction. His reliance upon the non-law RCW in no way can be a basis for an arrest. When the Constitution and Common law strictly forbid arrest without probable cause, the fact that the non-law RCW appears to authorize it cannot be given legal effect.

    By this demand I am using Federal Fourth Amendment cases, and Washington alleged 1889 cases, not in order to rely upon the fourteenth

amendment, or the premises of the 1889 state constitution, but in order to demonstrate how the Courts have consistently applied the absolute prohibition against an arrest without probable cause. I am relying upon the Common Law, and the Real Constitution of the State of Washington, A.D. 1878, unless it can be proven that the other state constitution controls.

The following is my offer of proof that the law forbids arrest without probable cause.

Premise 1. A detention is an arrest.

Detain to retain as the possession of personalty. To arrest, check, to delay, to hinder, to hold, or keep in custody, to retard, to restrain from proceeding, to stay, to stop, to withhold State v. King, 308 S.W. 2d 930, 934. See confinement; custody. Blacks Law Dictionary, 6th ed. ADetain@ p. 449

The word Adetain@ is defined as to arrest, to check, to delay, to hinder, to hold, or keep in custody, to retard, to restrain from proceedingY@ People v. Smith 62 P. 2d 436, 438 Words and Phrases Adetain@

AAn arrest is the taking, seizing, or detaining of the person of another, (1) by touching or putting hands on him; (2) or by any act that indicates an intention to take him into custody and that subjects him to the actual control and the will of the person making the arrest; or (3) by the consent of the person to be arrested.@ Am Jur 2d.  AArrest@ ' 1

An arrest, as the term is used in criminal law, signifies the apprehension or detention of the person of another in order to that he may be forthcoming to answer for an alleged or supposed crime. Such an arrest may not be made for the violation of a statute which provides a penalty by fine that can only be collected by civil action. Nor can it be used as a pretext to search for evidence.@ Am Jur 2d. AArrest@ ' 3

Page 2 of 8

The warrant requirement is especially important under article I,
section 7, of the Washington Constitution as it is the warrant which
provides the "authority of law" referenced therein. Mesiani, 110 Wn.2d
at 457. Absent a warrant, "[w]e have recognized that well-established
principles of the common law may in some cases be sufficient to
provide the authority of law required by Const. art. 1, ' 7." City of
Seattle v. McCready, 123 Wn.2d 260, 273, 868 P.2d 134 (1994).
However, neither party argues a common-law exception to the overall
warrant requirement for investigatory stops. STATE v. LADSON , 138
Wn.2d 343, 350 July 1999

**4] At issue in this case is a traffic stop. Whether pretextual or not, a
traffic stop is a "seizure" for the purpose of constitutional analysis,
no matter how brief.** Delaware v. Prouse, 440 U.S. 648, 653, 99 S. Ct.
1391, 59 L. Ed. 2d 660 (1979); Whren, 517 U.S. at 809-10; Mesiani,
110 Wn.2d at 460 (Dolliver, J., concurring). An ordinary traffic stop
has been analogized by federal courts to investigative detention
subject to the criteria of reasonableness set forth in Terry v. Ohio, 392
U.S. 1, 88 S. Ct. 1868, 20 L. Ed. 2d 889 (1968) and United States v.
Botero-Ospina, 71 F.3d 783, 786 (10th Cir. 1995). Under the Fourth
Amendment to the United States Constitution, such investigative
detention is permissible only if (1) "the officer's action was justified at
its inception," and (2) "it was reasonably related in scope to the
circumstances which justified the interference in the first place." Terry,
392 U.S. at 20. ᴀAlthough federal courts construing the Fourth
Amendment have concluded pretextual traffic stops may be
accomplished without a warrant, we are not bound by that result
under our state constitution which provides unique and substantially
greater protection.@ STATE v. LADSON , 138 Wn.2d 343, 350 July
1999

Premise 2. The law forbids arrest without probable cause

The general rule is that an official "seizure" of a person must be supported by probable cause, even if no formal arrest is made. DUNAWAY v. NEW YORK,  442 U.S. 200, 208, 60 L. Ed. 2d 824, 99 S. Ct. 2248 (1979).  Those cases authorizing seizures of persons on lesser cause are narrowly drawn and carefully circumscribed. SEE TERRY v. OHIO,  392 U.S. 1, 20 L. Ed. 2d 889, 88 S. Ct. 1868 (1968); STATE v. WHITE,  97 Wn.2d 92, 640 P.2d 1061 (1982).  Specifically, TERRY permits an officer to briefly detain, for limited questioning, a person whom he reasonably suspects of criminal activity and to frisk the person for weapons if he has reasonable grounds to believe the person to be armed and presently dangerous.  TERRY v. OHIO, SUPRA; STATE v. HOBART,  94 Wn.2d 437, 441, 617 P.2d 429 1980, STATE v. BROADNAX , 98 Wn.2d 289 (1982).

[1, 2]   The Supreme Court has approved certain limited exceptions to the requirements of probable cause for searches or seizures. The exception which is relied upon by the prosecution in this case is that which was delineated in TERRY v. OHIO,  392 U.S. 1, 20 L. Ed. 2d 889, 88 S. Ct. 1868 (1968).

A court determines whether the state constitution should be interpreted as being more protective of individual rights than the federal constitution by considering the following nonexclusive factors: (1) the language of the state constitution, (2) significant differences in the language of parallel provisions of the federal and state constitutions, (3) the history of the state constitution and common law, (4) preexisting state law, (5) structural differences between the federal and state constitutions, and (6) whether the subject matter is of particular state interest or local concern. STATE v. GUNWALL 106 Wn.2d 54,(1986)

**Art. 1 Sec. 5 - ₐNo Person shall be deprived of life, liberty, or property without due process of law, or be denied the equal protection of the law.ₑ**

**Art. 1 Sec. 10 - ᴀThe right of the people to be secure in their persons, papers, houses and effects, against unreasonable seizure and search shall not be violated; and no warrant shall issue except on probable cause, supported by oath or affirmation in writing, describing, as nearly as may be, the place to be searched, and the person or thing to be seized.ₑ**

(Note, this language is so close to that of the Federal Fourth amendment, the federal cases should be looked at as significant.) Note also that I and My wife were seized by SCHNEIDER and CHOWNING.

 ᴀThe requirement of probable cause has roots that are deep in our history. The general warrant, 1 in which the name of the person to be arrested was left blank, and the writs of assistance, against which James Otis inveighed, 2 both perpetuated the oppressive practice of allowing the police to arrest and search on suspicion. Police control took the place of judicial control, since no showing of >probable cause= before a magistrate was required. The Virginia Declaration of Rights, adopted June 12, 1776, rebelled against that practice: >That general warrants, whereby any officer or messenger may be commanded to search suspected places without evidence of a fact committed, or to seize any person or persons not named, or whose offence is not particularly described and supported by evidence, are grievous and oppressive, and ought not to be granted.= [361 U.S. 98, 101]
The Maryland Declaration of Rights (1776), Art. XXIII, was equally emphatic:
>That all warrants, without oath or affirmation, to search suspected places, or to seize any person or property, are grievous and oppressive; and all general warrants · to search suspected places, or to apprehend suspected persons, without naming or describing the place, or the person in special · are illegal, and ought not to be granted.=
And see North Carolina Declaration of Rights (1776), Art. XI;

Page 5 of 8

Pennsylvania Constitution (1776), Art. X; Massachusetts Constitution (1780), Pt. I, Art. XIV.

That philosophy later was reflected in the Fourth Amendment. And as the early American decisions both before 3 and immediately after 4 its adoption show, common rumor or report, suspicion, or even "strong reason to suspect" 5 was not adequate to support a warrant for arrest. And that principle has survived to this day. See United States v. Di Re, 332 U.S. 581, 593 -595; Johnson v. United States, 333 U.S. 10, 13 - 15; Giordenello v. United States, 357 U.S. 480, 486 . Its high water was Johnson v. United States, supra, where the smell of opium coming from a closed room was not enough to support an arrest and search without a warrant. It was against this background that two scholars recently wrote, >**Arrest on mere suspicion collides violently with the basic human right of liberty.**= " HENRY v. UNITED STATES, 361 U.S. 98, 102.

Footnotes:

[ Footnote 1 ] Declared illegal by the House of Commons in 1766. 16 Hansard, Parl. Hist. Eng. 207.

[ Footnote 2 ] Quincy's Mass. Rep. 1761-1772, Appendix, p. 469.

[ Footnote 3 ] Frisbie v. Butler, Kirby's Rep. (Conn.) 1785-1788, p. 213.

[ Footnote 4 ] Conner v. Commonwealth, 3 Binn (Pa.) 38; Grumon v. Raymond, 1 Conn. 40; Commonwealth v. Dana, 2 Met. (Mass.) 329.

[ Footnote 5 ] Conner v. Commonwealth, supra, note 4, at 43.


AThird, a detainee=s refusal to disclose his name, address, and other information cannot be the basis of an arrest. Although a person may be briefly detained on the basis of reasonable suspicion >while pertinent questions are directed to him . . . the person stopped is not obliged to answer, answers may not be compelled, and refusal to answer furnishes no basis for an arrest . . .= TERRY v. OHIO, SUPRA at 34 (White, J., concurring). The arrest in the present case was partially based on just that justification condemned in TERRY.

[11]   We believe the stop-and-identify statute in question to be an unwarranted extension of the TERRY stop.  It makes criminal exactly what

TERRY is intended to protect - the right to refuse to answer. Statutes such as RCW 9A.76.020 purport to create a substantive offense, but have the effect of negating the probable cause requirement basic to the Fourth Amendment. If we were to permit the use of evidence obtained incident to an arrest under this statute, we would allow the Legislature to make an >end run= around the Fourth Amendment. SEE GENERALLY CONSTITUTIONAL LAW: SEARCH AND SEIZURE - THE ROLE OF POLICE OFFICER GOOD FAITH IN SUBSTANTIVE FOURTH AMENDMENT DOCTRINE - MICHIGAN v. DEFILLIPPO, 443 U.S. 31 (1979), 55 Wash. L. Rev. 849, 861-67 (1980). This we cannot permit.@ **STATE v. WHITE**, 97 Wn. 2d 92, (1982). Traffic tickets with the "name of the person to be arrested civilly or criminally are left blank," thus are the epitome of "general warrants" exercised through the use of non-law RCW's with the court rules. See another analysis in **STATE v. PERRONE,** 119 Wn. 2d. 538 (1992).

This is exactly the situation here. K.D. SCHNEIDER and CHOWNING exceeded any purported right they may have had and went beyond the civil stop to a detention for questioning unrelated to the stop. They were given my name and address, which is all that is required, which **STATE v. WHITE** says I had the right to refuse to give.

**Art. 1 Sec 3(1889 Constitution) A No person shall be deprived of life, liberty, or property, without authority of law.@**

**Art. 1 Sec 7 (1889 Constitution) ANo person shall be disturbed in his private affairs, or his home invaded without authority of law.@**

ATo prevent illegal restraint for trivial causes, the general rule of the common law is that, except where the gravity of the offense seems to justify an immediate arrest without a warrant, or where a crime has been committed in the presence of the officer or person making the arrest, no arrest may lawfully be made until a warrant has been issuedY@ Am Jur 2d. AArrest@ ' 4

<u>Conclusion, An arrest/ detention cannot be lawfully made for any purpose other than upon probable cause that a crime has occurred.</u>

Based upon this syllogism, and the testimony of K.D. SCHNEIDER that I was detained without probable cause, this court must suppress all evidence obtained by the unlawful arrest. If these cases are not dismissed, I will and do claim My Rights, Liberties, and Property to be of high value at One Thousand Dollars Gold Coin of the United States, per the Coinage Act circa A.D. 1792, for each element of damage per each day of deprivation among other things that I may claim.

Respectfully demanded this Sixth Day of March, A.D. 2003, and Retaining All Powers, Rights, Remedies, and Defenses, without waiver,

_____

Rodney Dale, Strand

# The Assumption of a Legal Fiction

An important issue concerning this entire matter is whether or not a legal fiction, such as a proper name written in *full caps*, can be substituted for a lawful Christian name or *any* proper name, such as the State of Florida. Is the use of a legal fiction "legal"? If so, from where does this legal fiction originate and what enforces it?

A legal fiction can be used when the name of a "person" is not known by using the fictional name "John Doe". This is understood by all and needs little explanation. If you have no way to identify someone, then the legal fiction John Doe or Jane Doe is used to describe an unknown name until the proper name can be identified.

In all cases, a legal fiction is an *assumption* of purported fact without having shown the fact to be true or valid. It's an acceptance with no proof. Simply, to assume is to pretend. *Oran's Dictionary of the Law* says that the word **assume** means:

1. To take up or take responsibility for; to receive; to undertake. See assumption.

2. 2. To pretend.

3. To accept without proof.

These same basic definitions are used by nearly all of the modern law dictionaries. It should be noted that there is a difference between the meanings of the second and third definitions with that of the first. *Pretending* and *accepting without proof* are of the same understanding and meaning. However, to take responsibility for and receive, or *assumption*, does not have the same meaning. *Oran's* defines **assumption** as:

> "Formally transforming someone else's debt into your own debt. Compare with guaranty. The assumption of a mortgage usually involves taking over the seller's 'mortgage debt' when buying a property (often a house)."

Now, what happens if all the meanings for the word *assume* are combined? In a literal and definitive sense, the meaning of *assume* would be: **The pretended acceptance, without proof, that someone has taken responsibility for, has guaranteed, or has received a debt.**

Therefore, if we apply all this in defining a *legal fiction*, the use of a legal fiction is an assumption or pretension that the legal fiction named has received and is responsible for a debt of some sort.

Use of the legal fiction JOHN SMITH in place of the proper name John Smith implies an assumed debt guarantee without any offer of proof. The danger behind this is that if such an unproven assumption is made, then unless the assumption is proven wrong, it is considered valid.

Please go no further until you understand and comprehend exactly what the above paragraphs have stated. If necessary, re-read the above until you have a full understanding of what is involved in the meaning of a legal fiction.

An assumed debt is valid unless proven otherwise. This is in accord with the Uniform Commercial Code valid in every State and made a part of the Statutes in each State. A legal fiction written with full caps - resembling a proper name but grammatically *not* a proper name - is being held as a debtor for an assumed debt.

What happens if the proper name, *i.e.* John Doe, answers for or assumes the legal fiction, *i.e.* JOHN DOE? They become one and the same. This is the crux for the use of the full caps legal fictions by the U.S. Government and the States. It is the way that they can bring someone into their fictional venue and jurisdiction that they have created. By implication of definition, this also is for the purpose of some manner of assumed debt.

Why won't they use "The State of Texas" or "John Doe" in their courts or on Driver's Licenses? What stops them from doing this? Obviously, there is a reason for using legal fictions since they are very capable of writing proper names just as their own official style manual states. The reason behind legal fictions is found within the definitions as cited above. At this point, this should be very clear to every reader.

# The Legalities Behind Legal Fictions

We could go on for hundreds of pages citing the legal basis behind the creation of legal fictions. In a nutshell, a legal fiction in and of itself, such as the STATE OF TEXAS, can create additional legal fictions. Fictions arise from the law, not the law from fictions. Take a moment to understand what that means. Legal fictions originate from any law that is used to create them, regardless of the fact that the purported foundational law is valid or not. However, a law can never originate from a fictional foundation that doesn't exist.

The generic and original U.S. Constitution is a valid foundation document of treaty law having been created between the individual state nations. Contained within it is the required due process of law for all the participating nation states of that treaty. Proper representatives of the people in each nation state agreed upon it and signed it with their lawful seals. The federal government is not only created by it, but is also bound to operate within the guidelines of Constitutional due process. Any law that originates from the Constitutional due process is valid law. Any purported law that does *not* originate from it is a fictional law without validity. Thus, the true test of any American law is its basis of due process

according to the generic U.S. Co⬤ution. Was it created according to the lawful ⬤ss or outside of lawful process based on that constitutional treaty?

# Full caps legal person *v.* the lawful being

Just who is the full caps person, *i.e.* JOHN JAMES SMITH? He's the legal fiction the government created to take the place of the real being, *i.e.* John James Smith. The *lawful* Christian name of birthright has been substituted by a legal fiction created by the government. If the lawful Christian name answers as the legal person, the two are recognized as being one and the same. However, if the lawful being refuses acceptance of the legal fiction, the two are separated. Therein lies the simple solution to the entire matter: refusal by the lawful Christian to accept or answer for the legal person.

How did this happen? A result of the federal government bankruptcies was their creation of a legal fiction known as THE UNITED STATES as a part of their legal reorganization. Each STATE was also converted to their respective fictional legal person, *i.e.* THE STATE OF TEXAS. Legal fictions can create further legal fictions, such as corporations or any other fictional *persons* easily identified by being written with full caps. Once this was accomplished, the entire process was set into motion.

All areas of government, including the purported courts of law, are currently authorized by, and operating as, legally created fictions. For example, the CIRCUIT COURT OF WAYNE COUNTY or the U.S. DISTRICT COURT can only recognize other *legal persons*. This is why your lawful name is never entered in their records. It has been substituted with the legal person written with full caps. Jurisdiction in such legal fiction courts is only with other legal fictions – persons. The only jurisdiction a lawful being can enter into is a *lawful* constitutional court – a common law venue. The "catch 22" is that lawful courts no longer exist. Only *legal* courts are available to Americans.

The purpose and reason for the government use of proper names written in full caps is now revealed. The only way to counter this is for lawful Americans to stop accepting the use of the substituted legal fiction the State has given them. Every document now issued by any government addresses the person written in full caps. Lawful Americans must insist that they are not that legal fiction and refuse to accept it. By joining together and doing so from the local level, each community will begin to upset the legal order. Lawful Americans must begin to demand lawful government and lawful courts. The legal fictions can only come to an end when the people refuse to use or recognize them.

The only way to restore lawful government in America is for the people to refuse the privileges of the legal government now unlawfully in place. We've all been duped and the billboard was right before our own eyes. The use of full caps to write a proper name is absolutely no mistake.