```
THOMAS E. MOSS
UNITED STATES ATTORNEY
KIM R. LINDQUIST
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WELLS FARGO CENTER, SUITE 201
877 WEST MAIN STREET
BOISE, IDAHO  83702
TELEPHONE:  (208) 334-1211
MAILING ADDRESS: P.O. BOX 32
   BOISE, IDAHO  83707
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR 02-197-C-RHW |
| vs. | GOVERNMENT'S NOTICE OF EXPERT WITNESSES |
| LARRY E. RAUGUST, | |
| Defendant. | |

The United States of America and Thomas E. Moss, United States Attorney for the District of Idaho, through Kim R. Lindquist, Assistant United States Attorney, hereby notify the Defendant and his counsel of certain individuals that the Government anticipates calling at trial who might constitute "expert witnesses" as far as Rule 702 of the Federal Rules of Evidence is concerned.

Stephanie Ross, Forensic Chemist at the Bureau of Alcohol, Tobacco and Firearms, will testify concerning the explosive materials

GOVERNMENT'S NOTICE OF EXPERT WITNESSES - 1

nature of the devices involved in this case as described in the Indictment. A copy of her report is attached hereto, having previously gone out in discovery as Bates number 00160. A document containing the qualifications of Ms. Ross is also attached.

Brennan S. Phillips and/or Bryant T. Hart, Explosive Enforcement Officers of the Explosives Technology Branch of the Bureau of Alcohol, Tobacco and Firearms, will testify concerning the explosive nature of the devices involved in this case and described in the Indictment, together with testimony that said devices constitute "firearms" and "destructive devices" within the meaning of Federal law. A copy of their report is attached hereto, having previously gone out in discovery as Bates numbers 00178 and 00179. Documents containing their respective qualifications will be forthcoming.

Special Agent Darrell Boné of the Bureau of Alcohol, Tobacco and Firearms will also testify concerning the explosive nature of the devices involved in this case and described in the Indictment, together with testimony that said devices constitute "firearms" and "destructive devices" within the meaning of Federal law. The nature of his testimony is reflected in the same report referenced above with regard to Agents Phillips and Hart. A document containing Special Agent Boné's qualifications will be forthcoming.

DATED this _____ day of May, 2003.

THOMAS E. MOSS
United States Attorney

_____
Kim R. Lindquist
Assistant United States Attorney

GOVERNMENT'S NOTICE OF EXPERT WITNESSES - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing Government's Notice of Expert Witnesses was faxed, hand delivered or mailed by United States mail, postage prepaid, to all parties named below this ___ day of May, 2003.

Mark S. Moorer
Attorney at Law
Post Office Box 9004
Moscow, Idaho 83843

Larry E. Raugust
Shoshone County Jail
717 Bank Street
Wallace, Idaho 83873

_[signature]_

# Laboratory Report

**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**

Forensic Science Laboratory – San Francisco
Walnut Creek, CA 94598
Phone: (925) 280-3600
Fax: (925) 280-3601

Date of Report: October 17, 2002
Lab Number: 02S0491B(1)
Reference: 787060020096
Title: RAUGUST, Larry Eugene
Type of Exam: Explosives

...ribed below was received on October 11, 2002, by Federal Express #790105646700.

- Suspected explosive material
- Suspected explosive material
- Suspected explosive material
- 9. Remains of suspected blasting caps

## RESULTS OF EXAMINATION

Exhibit 2C was identified as disc morphology double-base smokeless powder explosive. The manufacturer of the powder could not be determined.

Exhibits 3C and 4C were each identified as tube morphology single-base smokeless powder explosive. The manufacturer of these powders could not be determined.

Exhibit 9 contained the remains of five blasting caps. Four of the blasting caps were identified as Dupont electric blasting caps. The fifth blasting cap was of a different manufacture and had been utilized for the render-safe procedure of one of the Dupont blasting caps.

## DISPOSITION OF EVIDENCE

Exhibits 2C, 3C, and 4C will be retained in the Laboratory pending destruction. Exhibit 9 will be returned to the Spokane Field Office.

Stephanie Ross
Forensic Chemist

REVIEWED BY:

Donna J. Read
Chief, Arson and Explosives Section

Accredited by The American Society of Crime Laboratory Directors

00160

ATF F 7100.2 (8-93) PREVIOUS EDITIONS ARE OBSOLETE.

Statement of Explosives Technology Branch, Explosive Enforcement Officer, Brennan Phillips, as to the destructive devices.

To be submitted when received



**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

# STEPHANIE B. ROSS

## Qualifications as Expert Witness

| | |
|---|---|
| Occupation: | Forensic Chemist |
| Employed By: | U.S. Treasury Department<br>Bureau of Alcohol, Tobacco, and Firearms<br>San Francisco Laboratory Center |
| Formal Education: | Master of Science – Analytical Chemistry (1994)<br>University of Wisconsin – Madison<br><br>Indiana University – Analytical Chemistry (1990)<br><br>Bachelor of Science – Chemistry (1989)<br>University of North Dakota |
| Courtroom Experience: | Testified as an expert witness on nine occasions as an Explosives Chemist (Federal & State) and 26 occasions as a Drug Identification Chemist (Federal & State) |
| Professional Experience: | Chemist (October 1998 – June 1999)<br>Scientific Associate (February 1998 – September 1998)<br>Chemistry & Materials Science Directorate<br>Lawrence Livermore National Laboratory<br>Livermore, CA<br><br>Biomedical Scientist (November 1996 – February 1998)<br>Biology and Biotechnology Research Program<br>Lawrence Livermore National Laboratory<br>Livermore, CA<br><br>Forensic Chemist (December 1994 - September 1996)<br>Drug Identification<br>Wisconsin State Crime Laboratory<br>Madison, WI |
| Affiliations: | California Association of Criminalists (CAC)<br>International Association of Bomb Technicians and Investigators (IABTI)<br>American Academy of Forensic Sciences (AAFS) |
| Awards: | ATF Special Act/Service Award (August 2000) |



DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
355 North Wiget Lane, Walnut Creek, CA 94598
(510) 486-3164



EXPEDITE

## STATEMENT OF EXPLOSIVES TECHNOLOGY BRANCH

To: Special Agent Darrell Boné
Bureau of Alcohol, Tobacco and Firearms
1313 N. Atlantic Street
Suite 4100
Spokane, WA  99201

I/N: 787060-02-0096
ETB: W-03-011
Date: November 1, 2002

As requested, the following items were evaluated in order to form an opinion as to the design, construction, functioning, effects and classification of the materials involved in this investigation.

### ITEMS SUBMITTED FOR ANALYSIS OR EVALUATION

**Item 1.**  ATF Report of Investigation, dated October 9, 2002.

**Item 2.**  ATF Report of Laboratory Examination, number 02S491B(1).

**Item 3.**  Physical evidence.

### DEVICE DESIGN AND CONSTRUCTION

The materials evaluated in this investigation are consistent with the characteristics of four explosive weapons commonly called pipe bombs and a combination of parts from which at least two explosive anti-personnel mines may be readily assembled.

Construction of the four pipe bombs was similar and each consisted of a quantity of explosive, identified by laboratory analysis as smokeless powder, confined within a polyvinyl chloride (PVC) pipe with end caps attached. Each device had a commercial high explosive electric detonator inserted into the confined explosives as a means of initiation.

Components from which at least two explosive weapons, known as anti-personnel directional mines, may be readily assembled included two assemblies of similar construction consisting of a modified shotgun shell and assorted projectiles confined within a length of metal pipe that was closed at one end with a modified metal end cap. The modification to both end caps was similar and consisted of a drilled hole to facilitate an improvised firing pin.

ATF F 3324.1 (1-2001)                                        Page 1 of 2       Pages

00178

**STATEMENT OF EXPLOSIVES TECHNOLOGY BRANCH**
(Continuation Sheet for ATF F 3324.1)

-2-

IN: 787060-02-0096/W-03-011

Each assembly was attached to a board with a trip wire actuated firing mechanism affixed behind the modified end cap. Among the components were an improvised firing pin and an additional modified end cap with improvised firing pin installed.

### DEVICE FUNCTIONING AND EFFECTS

Applying electric current from any available power source to any of the aforementioned pipe bombs would result in explosions. These explosions would produce blast, thermal, and fragmentation effects capable of causing property damage, injury and or death.

When assembled, applying pressure to the trigger assembly of either aforementioned anti-personnel mine, by means of a trip wire or other similar mechanism, would result in explosions. These explosions would produce blast, thermal, and fragmentation effects capable of causing property damage, injury and or death.

### OPINION

It is the opinion of the undersigned that the materials involved in this investigation are properly identified as four explosive bombs and a combination of parts from which at least two explosive mines may be readily assembled. As such, these explosive bombs and combination of parts are destructive devices as the term is defined in 26 U.S.C., §5845(f).

Submitted by: Brennan S. Phillips
Explosives Enforcement Officer

Submitted by: Bryant T. Hart
Explosives Enforcement Officer

Reviewed by: James D. Powell   Acting SCEO
Supervisory Explosives Enforcement Officer

Approved by: Mark E. Murray
Chief, Explosives Technology Branch

ATF F 3324.1A (1-2001)

00179