1  THOMAS E. MOSS
   UNITED STATES ATTORNEY
2  **KIM R. LINDQUIST**
   ASSISTANT UNITED STATES ATTORNEY
3  DISTRICT OF IDAHO                    FILED MAY 30 '03 PM 03:48 USCT ID
   WELLS FARGO CENTER, SUITE 201
4  877 WEST MAIN STREET
   BOISE, IDAHO  83702
5  TELEPHONE:  (208) 334-1211
   **MAILING ADDRESS: P.O. BOX 32**
6    **BOISE, IDAHO  83707**

7

8

9

10

11

12

13

14
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
15

16  UNITED STATES OF AMERICA        )
                                    )      CASE NO. 02-197-C-RHW
17  vs.                             )
                                    )      GOVERNMENT'S TRIAL
18  LARRY E. RAUGUST,               )      MEMORANDUM
                                    )
19               Defendant.         )
    _____)
20

21       The United States of America and Thomas E. Moss, United States

22  Attorney for the District of Idaho, by and through Kim R. Lindquist,

23  Assistant United States Attorney for the District of Idaho, offer this

24  Pretrial Memorandum for the benefit of Court and counsel.

25

26

*GOVERNMENT'S TRIAL MEMORANDUM - 1*

1

## PROCEDURAL BACKGROUND

2    On October 2, 2002, a Criminal Complaint was filed against the
3    Defendant charging him with the illegal possession of destructive
4    devices.   In conjunction with the issuance of the Arrest Warrant
5    associated therewith, Search Warrants were issued by the Federal
6    Magistrate for a residence, storage shed and vehicles associated with
7    the Defendant.

8    On October 3, 2002, the Defendant was arrested on the Arrest
9    Warrant associated with the Criminal Complaint.   The Search Warrants
10   previously referenced were also executed.

11   On October 8, 2002, the Grand Jury for the District of Idaho
12   returned the Indictment against the Defendant.   The same day Detention
13   Hearing was realized and the Defendant was ordered detained.   Various
14   continuances of the trial date as originally set have been realized,
15   taking us to the present trial date.

16   Pretrial motions have been filed by the Defendant.   A hearing
17   held with regard thereto, and the motions denied.

18   Complete discovery has been realized in this case, with standby
19   counsel acknowledging that the same has been more than ample and
20   appropriate.

21   The matter is ready for trial.

22

23                              ## THE FACTS

24   Since early 1997, the Defendant was subject of local law
25   enforcement investigations in conjunction with other constitutionalist
26   militia or posse members in the geographic area of their collective

*GOVERNMENT'S TRIAL MEMORANDUM - 2*

1  residence in North Idaho.   The investigations involved inside
2  information from a Confidential Informant who will testify at trial.
3      In late 1998, the local law enforcement investigation revealed an
4  apparent plot among said individuals, including the Defendant, to kill
5  Judge Edward J. Lodge.   Accordingly, the FBI entered the
6  investigation.   Shortly thereafter, one of the members of the group
7  and associate of the Defendant was arrested and convicted in
8  California on domestic terrorism-related charges.   As a result, the
9  Judge Lodge plot subsided somewhat, but the investigation as to the
10 Defendant and others in Idaho continued.
11     The group's activities reflected the militia philosophy that
12 federal government and law enforcement, as well as local government
13 and law enforcement as aligned with the federal government, should be
14 resisted and replaced by the local militia in the geographic area of
15 the group's collective residences.   The activities included
16 confrontation of any local government or law enforcement activity in
17 the group's geographic area.  A number of such confrontations resulted
18 and verged on violence, including with local law enforcement officers
19 and health and welfare workers.  The Defendant's associated activities
20 also included the advocacy of tax resistance.   This specifically
21 manifested itself in an associate's refusal to vacate property sold by
22 the county for unpaid taxes, and the Defendant's reported fabrication
23 of Claymore mine type destructive devices that were to be placed
24 around said property in order to repel any law enforcement officer
25 attempting to seize the property.
26

*GOVERNMENT'S TRIAL MEMORANDUM - 3*

1    At about the same time and within the same factual context, law
2  enforcement officials learned through the Confidential Informant that
3  the group was also plotting to kill a local law enforcement officer.
4  This prompted law enforcement officials to insert an undercover agent
5  who feigned an association with the informant and common militia
6  philosophies with the group.   Not long after the insertion, the
7  Defendant showed the undercover agent the destructive devices that he
8  had created in order to protect properties associated with the group.
9  By virtue of the concern regarding the imminent threat against the
10 local law enforcement officer, the tactical decision was made by law
11 enforcement officials to forego that ongoing murder investigation in
12 favor of the arrest of the Defendant on the weapons charges that are
13 reflected in this present Federal action.  Accordingly, pursuant to an
14 arrest ruse developed by the law enforcement officials, the Defendant
15 was arrested, search warrants were executed and the destructive
16 devices were seized.  This prosecution is the result of the foregoing.
17
18                              THE LAW

19    This is a criminal case brought by the United States Government.
20 The Government charges the defendant with fifteen counts of
21 possessing, making or transferring an unregistered destructive device,
22 and one count of possessing firearms as a fugitive from justice.  The
23 charges against the defendant are contained in the Indictment.  The
24 Indictment is simply the description of the charges made by the
25 Government against the Defendant; it is not evidence of anything.

26

*GOVERNMENT'S TRIAL MEMORANDUM - 4*

The defendant has plead not guilty to the charges and is presumed innocent unless and until proved guilty beyond a reasonable doubt.  A defendant has the right to remain silent and never has to prove innocence or present any evidence.

In order to help you follow the evidence, I will now give you a brief summary of the elements of the crimes which the Government must prove.  These instructions are preliminary and the instructions I will give at the end of the trial will control.

Counts One, Four, Six, Eight, Ten, Twelve and Fourteen of the Indictment charge the Defendant with possessing an unregistered firearm -- specifically components from which a destructive device such as a bomb, grenade, mine or similar device can be readily assembled in violation of Federal law.  In order for the Defendant to be found guilty of this crime, the United States must prove beyond a reasonable doubt as to each count the following:

1.   On or about the respective dates contained in the various Counts, the Defendant knowingly possessed components that could be readily assembled into a destructive device such as a bomb, grenade, mine or similar device;

2.   The Defendant intended to use the components as a weapon; and

3.   The components were not registered to the Defendant in the National Firearms Registration and Transfer Record.

Counts Two, Five, Seven, Nine, Eleven, Thirteen and Fifteen of the Indictment charge the Defendant with making an unregistered firearm -- specifically, a destructive device such as a bomb, grenade,

1   mine or similar device -- in violation of Federal law.   In order for

2   the Defendant to be found guilty of this crime, the United States must

3   prove beyond a reasonable doubt as to each count the following:

4       1.   On or about the respective dates contained in the various

5   Counts, the Defendant knowingly made a firearm, that is, a destructive

6   device such as a bomb, grenade, mine or similar device; and

7       2.   The destructive device was not registered to the Defendant

8   in the National Firearms Registration and Transfer Record.

9       The term "make" includes manufacturing, putting together,

10  altering, any combination of these, or otherwise producing a firearm

11  or destructive device.

12      The Defendant is charged in Count Three of the Indictment with

13  transferring an unregistered firearm -- specifically, a destructive

14  device such as a bomb, grenade, mine or similar device -- in violation

15  of Federal law.   In order for the Defendant to be found guilty of this

16  crime, the United States must prove beyond a reasonable doubt the

17  following:

18      1.   On the date set forth in said Count, the Defendant

19  transferred a firearm, that is, a destructive device such as a bomb,

20  grenade, mine or similar device; and

21      2.   The destructive device was not registered to the Defendant

22  in the National Firearms Registration and Transfer Record.

23      The term "transfer" shall include selling, assigning, pledging,

24  leasing, loaning, giving away, or otherwise disposing of.

25      The Defendant is charged in Count Sixteen of the Indictment with

26  possession of a firearm as a fugitive from justice.   In order for the

*GOVERNMENT'S TRIAL MEMORANDUM - 6*

1  Defendant to be found guilty of this crime, the United States must

2  prove beyond a reasonable doubt the following:

3       1.   The Defendant knowingly possessed a firearm or ammunition;

4       2.   The firearm or ammunition had been shipped or transported

5  from one state to another; and

6       3.   At the time the Defendant possessed the firearm or

7  ammunition, the Defendant was a fugitive from justice.

8       A fugitive from justice is a person who has fled from any State

9  to avoid prosecution for a crime or to avoid giving testimony in any

10 criminal proceeding.

11      DATED this ____ day of May, 2003.

12                                      THOMAS E. MOSS
                                        United States Attorney
13

14

15                                      Kim R. Lindquist
                                        Assistant United States Attorney
16

17

18

19

20

21

22

23

24

25

26

*GOVERNMENT'S TRIAL MEMORANDUM - 7*

1

<u>CERTIFICATE OF SERVICE</u>

2      I HEREBY CERTIFY that I am an employee of the United States

3  Attorney's Office, and that a copy of the foregoing Government's Trial

4  Memorandum was mailed by United States mail, postage prepaid, to the

5  parties named below on the _3̲0̲_ day of May, 2003.

6          Mark S. Moorer
           Attorney at Law
7          Post Office Box 9004
           Moscow, Idaho 83843
8
           Larry E. Raugust
9          Shoshone County Jail
           717 Bank Street
10         Wallace, Idaho 83873

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*GOVERNMENT'S TRIAL MEMORANDUM - 8*