03 SEP 17 [illegible] 2:51

In the Lawful side United States (Lawful side)
In the District Court of Idaho

| | |
|---|---|
| Accused Sovereign ) | Presumed Cause # CR-02-197 |
| Larry-Eugene: of Raugust ) | |
| Not - Individually ) | Affidavit |
| Not - a Person ) | and Notice of |
| Involuntary - Trustee ) | sui-juris-Sovereign man |
| Vs ) | Capacity |
| UNITED STATES Corporation ) | and |
| District of Idaho ) | Affirmation |
| Plaintiff + Defendant ) | of no |
| Vs ) | Adheasion |
| RAUGUST, LARRY E. ) | Contracts |
| A Legal Fiction Created + Built ) | with the |
| By The Corporate State ) | Corporate state |
| An Individual ) | and Supporting Affidavit |
| A Person ) | |
| Fictional Trust The Defendant ) | |

Affidavit of Sovereign Capacity and Affirmation of no Adheasion Contracts

Comes now the Sovereign man Larry-Eugene: of Raugust by Special Appearance not-general giving notice that all words and phrases here in, the Deffinitions of which are found in Bovier's Law Dictionary A.D. 1914 Edition three Volume set in precedent.

Affidavit and Affirmation page 1 of 4

Larry-Eugene: of Raugust

83

## Sovereign Capacity

On or about the _____ month, the _____th day in the year of my master and Redeemer Yahsuha A.D. my biological parents, _____ and _____ me there First born son by quickening created in the womb of my mother by my father.

On said date they passed on to me the Right to be Sovereign and indipendant of Sevitude to any master other than our almighty creator Yahwah by way of consanguinity ~~to~~ our ~~forefathers~~ that created this United States of America A.D. 1787, 1789, 1791, the organic Soveran Republic.

## Aheasion Contracts

I the Sovereign me am truely a Sovereign man with no atheasion contracts with any corporate state nor cororate United States.

There are no bonified signitures or Autographes by me on any contracts with any corporate state Agencies.

I the Sovereign have no (Federal Reserve) bank accounts, I have no credid cards, I have not ever recieved any benifits from the corporate state such as, welfare, food stamps, unimployment, food, clothes.

I have worked for everything I have recieved. I Affirm said claim as True + correct currantly. I'm fully competent to handle all my affairs.

Larry - Eugene :
of Raugust

Affidavit and Affirmation    page 2 of 4

Soveran Capacity

I the Sovereign have the Right to maintain as secure my Sovereign Capacity at all times.

If this Enterprise called Districk court of Idaho (Lawful side) or its Presiding officers and or Contract Individuals assume or presume or claim that I the Sovereign man do have any kind of Adheasion contract(s), Those parties are Demanded to Submit to the record in this matter certified copies of claimed contracts, or cease such claims of Trusteeship by me.

For the Record there is not a bonified, nor fully informed, nor Voluntary signiture or Autograph by myself the Sovereign Man Larry-Eugene: of Raugust signed on any for or Known as the assumed case numbered # CR-02-197 Issued by the Individual (assumed prosecutor) a contract person for the Corporate UNITED STATES District of Idaho.

When there is no signiture or Autograph there is no contract.

All Rights, Rules, Remedy's, and Defenses Retained Further the Sovereign Me Sayeth not.
All Rights Reserved

Date: 9-17-A.D.2003

Autographed by the sui-juris-Larry-Eugene: of Raugust

Sovereign                page 3 of 4            Larry-Eugene: Raugust

# Affidavit in Support
assumed cause # CR-02-197

I the sui-juris- Larry-Engene: of Raugust always the Sovereign Elector do hereby currently Affirm that the statements and claims on the Affidavit and Notice of Sovereign Status and Affirmation of no Adheesion Contracts with the Corporate state of Washington or Corporate United States are: True, correct, complete, certain and not misleading to the best of my Knowledge and beliefs so help me my Almighty Creator Yahwah and under the Pains and Penalty's of Perjury by the Supreme Law of the Land, the Constitution for the united States of the America and the non conflicting Laws of the original Idaho Country.

All Powers and Rights, Rules, Remedys, and Defenses are exspressly Retained at all times.
All Rights Reserved
The Sovereign Further Sayeth Not.

Date: 9-16- A.D. 2003

Always the Sovereign man, not individually, not a person

_____Larry-Engene: Raugust_____
Autographed by, Larry-Engene: Raugust
Involuntary Trustee

Whitness: _____Terry-Lee: of Brown_____
by the fellow countryman of the Sovereign man Larry-Engene

Affidavit and Affirmation in Support    page 4 of 4    Larry-Engene: Raugust