UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>LARRY E. RAUGUST,<br><br>Defendant - Appellant. | No. 03-30451<br>D.C. No. CR-02-00197-RHW<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Idaho (Boise).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Idaho (Boise) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the conviction is **AFFIRMED**, and the sentence is **REMANDED.**

Filed and entered 10/19/05

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 10 2005

by: [signature]
Deputy Clerk

**FILED**

**NOT FOR PUBLICATION**

**OCT 19 2005**

2005 NOV 14 PM

UNITED STATES COURT OF APPEALS

**CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS**

REC'D   FILED
CAMERON S BURKE    FOR THE NINTH CIRCUIT
CLERK IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 03-30451 |
| Plaintiff - Appellee, | D.C. No. CR-02-00197-RHW |
| v. | |
| LARRY E. RAUGUST, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Idaho
Robert H. Whaley, District Judge, Presiding

Submitted October 11, 2005**

Before:    T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges.

Larry E. Raugust appeals from his guilty-plea conviction and the 77-month sentence imposed for possession of illegal firearms, in violation of 26 U.S.C. §§ 5861(d) and 5845(a), (f), making of illegal firearms, in violation of 26 U.S.C.

---

\*    This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\*\*    This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

§§ 5861(f) and 5822, and transfer of illegal firearms, in violation of 26 U.S.C. §§ 5861(e) and 5812.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel for Raugust has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Raugust has not filed a pro se supplemental brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83 (1988). We affirm the conviction. We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084-85 (9th Cir. 2005) (en banc).

Counsel's motion to withdraw as counsel on appeal is denied.

The conviction is **AFFIRMED**, and the sentence is **REMANDED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 1 0 2005

by: [signature]
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
03-30451 USA v. Raugust

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Kim R. Lindquist, Esq.<br>FAX 208/334-1208<br>208/334-1211<br>Suite 600<br>[COR LD NTC aus]<br>USBO - OFFICE OF THE U.S. ATTORNEY<br>MK Plaza, Plaza IV<br>800 Park Blvd.<br>Boise, ID 83712-9903 |
| v. | |
| LARRY E. RAUGUST<br>    Defendant - Appellant | Steven C. Mahaffy, Esq.<br>[COR LD NTC cja]<br>2283 E. Zion Way<br>Chandler, AZ 85249 |