May 16, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
## (415) 556-9920

**District Court/Agency:** USDC Idaho (Boise)

**Lower Court Number:** CR-02-00197-RHW

**Appeal Number:** 03-30451

**Short Title:** USA v. Raugust

**Volumes**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 2 | | | | 0 | **Certified Copy(ies)** | | | |
| **Reporters Transcripts in:** | 9 | | | | 0 | **Certified Copy(ies)** | | | |
| **Exhibits in:** | 0 | **Envelopes** | | | 0 | **Under Seal** | | | |
| | 0 | **Boxes** | | | 0 | **Under Seal** | | | |
| | 0 | **Volumes** | **Volume** | 0 | **of record** | 0 | **Under Seal** | | |
| **State Lodged Docs in:** | 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** | |
| | 0 | **Other** | | | | | | | |
| **Bulky Documents in:** | 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** | |
| | 0 | **Other** | | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:

THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.